IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS MCQUARLEY, #198 468, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:12-CV-907-WHA |
| | )                [WO] |
| GARY HETZEL, et al., | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On February 4, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 70)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED as follows:

1. Defendants' motion for summary judgment (*Doc. No. 27*) is GRANTED;

2. This case is DISMISSED with prejudice.

3. Final Judgment will be entered in favor of Defendants.

Done, this  25th  day of February,  2016.

　　　　　　　　　　　　　　　　　 /s/  W. Harold Albritton
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE